384 A.2d 981

Catamaran Club, Ltd., et al. v. Kruse, Appellant.

Argued November 22, 1977. Robert F. Wagner, with him Brandt, Milnes, Rea and Malone, for appellant; Gary F. Sharlock, with him Sharlock, Repcheck & Engel, for appellees.

OPINION PER CURIAM: The summons and complaint are stricken as between appellant and Alfred C. Emerson and order affirmed, as modified; petition for reargument denied March 7, 1978.

PRICE, J., did not participate in the consideration or decision of this case.